ORIGINAL

RECEIVED
06 MAR 29 PM 3: 05
CLERK
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**

2 | Terence S. Cox (SBN 076142)
Ronnie R. Gipson, Jr. (SBN 237673)

3 | 190 The Embarcadero
San Francisco, CA 94105

4 | Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

5 |

6 | Attorneys for Defendant
COMMODORE DINING CRUISES, INC. and MV

7 | CELEBRATION COMMODORE

8 |

9 |

10 |

11 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RAMON MONGUIA PEREZ, | ) | Case No.: C05-01783 CRB |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER DISMISSING CLAIM WITH PREJUDICE PER FRCP 41** |
| v. | ) | |
| | ) | |
| COMMODORE DINING CRUISES, INC. | ) | |
| and MV "CELEBRATION | ) | |
| COMMODORE", | ) | |
| | ) | |
| Defendants. | ) | |

For **GOOD CAUSE** Appearing and based on the Stipulation to Dismissal with Prejudice submitted by the parties through their counsel of record, IT IS HEREBY **ORDERED** THAT all claims of Ramon Monguia Perez in the above captioned matter against Commodore Dining Cruises, Inc. and M/V CELEBRATION COMMODORE are DISMISSED WITH PREJUDICE pursuant to FRCP 41.

**IT IS SO ORDERED.**

Dated: 3/30/2006

_____
The Honorable Charles Breyer,
United States District Court Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

MOAC.Perez/1867

-1-